UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW CARR, TERRY CARR, DAVID TUMBLIN, and GREGORY BROWN, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br>-v-<br><br>FLOWERS FOODS, INC. and FLOWERS BAKING CO. of OXFORD, INC.,<br><br>Defendants. | Civil Action No. 15-6391 |
| LUKE BOULANGE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br>-v-<br><br>FLOWERS FOODS, INC. AND FLOWERS BAKING CO. OF OXFORD, INC.,<br><br>Defendants. | Civil Action No. 16-2581 |

## **ORDER**

UPON CONSIDERATION of the Parties' Joint Motion for Enlargement of Deadlines, indicating the Parties' agreement on all issues addressed therein in this consolidated matter, it is, this 25th day of January, 2017, hereby

ORDERED, that the Joint Motion for Enlargement of Deadlines is GRANTED; and

ORDERED, that the parties shall complete all fact discovery by May 1, 2017 *or* 90 days after the close of any court-ordered FLSA opt-in period, whichever is later.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.