| | |
|---|---|
| MATTHEW CARR, TERRY CARR, DAVID TUMBLIN, and GREGORY BROWN, individually and on behalf of all similarly situated individuals,<br><br>      Plaintiffs,<br><br>-v-<br><br>FLOWERS FOODS, INC. and FLOWERS BAKING CO. of OXFORD, INC.,<br><br>      Defendants. | Civil Action No. 15-6391 |
| LUKE BOULANGE, individually and on behalf of all similarly situated individuals,<br><br>      Plaintiffs,<br><br>-v-<br><br>FLOWERS FOODS, INC. AND FLOWERS BAKING CO. OF OXFORD, INC.,<br><br>      Defendants. | Civil Action No. 16-2581 |

## ORDER

UPON CONSIDERATION of the Plaintiffs' Consent Motion to Withdraw Paul Glennon as Named Plaintiff, it is, this ⟨25⟩ day of ⟨January⟩, 2017, hereby

ORDERED, that the Plaintiffs' Consent Motion to Withdraw Paul Glennon as Named Plaintiff is GRANTED.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.