## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW CARR, TERRY CARR, DAVID TUMBLIN, and GREGORY BROWN, individually and on behalf of all similarly situated individuals,<br>Plaintiffs, | : : : : : : | CIVIL ACTION |
| v. | : : | No. 15-6391 |
| FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF OXFORD, LLC,<br>Defendants. | : : : : | |

=========================================================

| | | |
|---|---|---|
| LUKE BOULANGE, on behalf of himself and all others similarly situated,<br>Plaintiffs | : : : : | |
| v. | : | No. 16-2581 |
| FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF OXFORD, LLC,<br>Defendants. | : : : : | |

## ORDER

AND NOW, this 26 day of January, 2017, upon consideration of the plaintiffs' Motion for Conditional Certification and Judicial Notice (Docket No. 67), the defendants' response in opposition (Docket No. 85), the plaintiffs' reply (Docket No. 91), and the plaintiffs' notice of supplemental authority, and having heard the arguments of counsel on December 1, 2016, **IT IS HEREBY ORDERED** that the plaintiffs' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the following conditions regarding notice are imposed:

1. There shall be a ninety day opt-in period;

2. The defendants shall supply an updated computer-readable file containing the necessary information regarding all distributors subject to this lawsuit within ten days of the date of this Order;

3. The file for the distributors shall include names, last-known mailing addresses, dates of employment, job title, respective warehouse, e-mail addresses, telephone numbers, and the last four digits of the social security numbers for those individuals who have worked as distributors for the defendants during the three-year period preceding the date of this Order;

4. The plaintiffs are authorized to send notice to those individuals identified in the file; and

5. The defendants shall post copies of the notice at each Oxford warehouse location in the place where notices and information are normally posted for distributors.

**IT IS FURTHER ORDERED** that:

6. The parties shall meet and confer regarding the form and contents of an appropriate opt-in notice and consent form;

7. The parties shall notify the court, in writing, of the status of their meet and confer by February 17, 2017; and

8. The notice and opt-in process shall be concluded by May 12, 2017.

BY THE COURT:

_____

LAWRENCE F. STENGEL, J.